**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 322 WAL 2017
                          :
           Respondent    :
                          :    Petition for Allowance of Appeal from
                          :    the Order of the Superior Court
          v.                :
                          :
                          :
AARON VAUGHN HENDERSON,         :
                          :
           Petitioner      :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 7th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.